BEATRICE DOERR, Respondent, v. ANNINA BONACCOLTO et al., Appellants.

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of THE CITY OF NEW YORK, Acting on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property Situated in the Area Bounded by Prince and Other Streets in the Borough of Brooklyn, Pursuant to a Plan Determined Upon by Said Housing Authority (Fort Greene Houses). GOTTLIEB E. HAUSSLER et al., Appellants.

No opinion. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

In the Matter of MANHATTAN SAVINGS BANK, Respondent. PRINCETON APARTMENTS, INC., Appellant.—

No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of the Application of UNITED SHELLAC CORPORATION, Appellant, for an Order Staying Arbitration Proceedings by MONTAUK PAINT & WALL PAPER COMPANY, Respondent.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

SYLVIA LEVINE et al., Respondents, v. GREEN BUS LINES, INC., et al., Appellants.—

No opinion. . Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

JOHN J. H. MAURUS, Appellant, v. 40 EXCHANGE PLACE CORPORATION, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.